IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S 04-190-DAD |
| Plaintiff, | ) | |
| v. | ) | ORDER OF CONTINUING GARNISHMENT PURSUANT TO STIPULATION (Voluntary) |
| WILBUR PEARSON, | ) | |
| Defendant and Judgment Debtor. | ) | |
| PRINCE TELECOMM HOLDINGS, INC., | ) | |
| Garnishee. | ) | |

Pursuant to the Stipulation Re Order of Continuing Garnishment (Voluntary) filed herein,

IT IS HEREBY ORDERED that the garnishee Prince Telecomm Holdings, Inc. shall withhold each month and remit to the United States District Court, $150.00 of defendant's disposable earnings\*, until the judgment is paid in full, or until further order of the Court.

DATED: July 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/pearson0190.stipord

\* (gross earnings less required withholdings for federal income taxes, Social Security and Medicare taxes, state income taxes, state disability insurance, and required payments to a <u>public</u> employee retirement system)